# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130430(40)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TEJUAN LAWRENCE,
     Defendant-Appellant.

SC: 130430
COA: 255574
Wayne CC: 03-014112

_____/

     On order of the Court, the motion for reconsideration of this Court's July 31, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

d1023